JOHN E. WHEELER et al., as Executors of EZRA B.
WHEELER, Deceased, Respondents, *v.* PARKER NEWTON,
Appellant.

*Wheeler* v. *Newton*, 168 App. Div. 782, affirmed.
(Argued January 19, 1917; decided February 6, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered July 20, 1915, reversing a judgment in favor of
defendant entered upon a dismissal of the complaint by
the court on trial at Special Term in an action brought
to recover upon a " bond clause " contained in a mort-
gage, which instrument was executed December 20, 1892,
and in terms obligated the makers to pay the sum of $600
and interest in monthly installments of $100 each, begin-
ning on the 3d day of February, 1893. The defendant
denied liability on the grounds: That there was no con-
sideration for his promise; that he had been discharged
in bankruptcy after the cause of action had accrued; that
his liability was that of surety, and was discharged by
the laches of the plaintiff's testator; and that there was
a mutual mistake in the execution of the contract by
inserting the provisions of personal liability of the defend-
ant who claimed that he executed the instrument under
the belief that he was releasing his claimed marital rights
in the property conveyed by the mortgage.

*H. C. Stratton* for appellant.

*Eugene Clinton* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN, CARDOZO and POUND, JJ.